472 A.2d 240

Dunn, Appellant, v. Cook.

Submitted November 23, 1983. Joseph R. Siegert, for appellant; Christopher C. Fallon, Jr., for appellees.

Before MONTEMURO, WATKINS and CERCONE, JJ.
Order affirmed.